# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Litkovitz, Karen L. | 2. Court or Organization<br><br>U.S. District Court, Southern District of Ohio | 3. Date of Report<br><br>05/01/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>Potter Stewart U.S. Courthouse, Room 716<br>100 East Fifth Street<br>Cincinnati, OH 45202 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Cincinnati Bar Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2017 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | The Sedona Conference | Nov. 2-3, 2017 | Phoenix, AZ | E-discovery seminar (presentor) | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Litkovitz, Karen L. | 05/01/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Bank | student loan | J |
| 2. U.S. Department of Education | student loan | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Litkovitz, Karen L. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 2. Vanguard Wellesley Income Fund Inv | A | Dividend | K | T | | | | | |
| 3. Vanguard Total Stock Market Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 4. IRA#1 | | | | | | | | | |
| 5. --Vanguard Inflation-Protected Securities Fund Investor Shares | A | Dividend | J | T | | | | | |
| 6. --Vanguard LifeStrategy Conservative Growth Fund | A | Dividend | K | T | | | | | |
| 7. IRA#2 | | | | | | | | | |
| 8. --Microsoft Corp. | A | Dividend | J | T | | | | | |
| 9. --Invesco Value Opportunities Fund Class A | A | Dividend | J | T | | | | | |
| 10. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 11. General Electric Co. stock | A | Dividend | J | T | | | | | |
| 12. Procter & Gamble stock | A | Dividend | K | T | | | | | |
| 13. Vanguard Treasury Money Market Fund #1 | A | Dividend | J | T | | | | | |
| 14. Vanguard Total Stock Market Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 15. IRA#3 | | | | | | | | | |
| 16. --Vanguard Treasury Money Market Fund#2 | A | Dividend | M | T | | | | | |
| 17. --Vanguard Energy Fund Admiral Shares | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Litkovitz, Karen L. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Vanguard Health Care Fund Admiral Shares | B | Dividend | L | T | | | | | |
| 19. --Vanguard Intermediate-Term Bond Index Fund Investor Shares | A | Dividend | J | T | | | | | |
| 20. --Vanguard International Growth Fund Investor Shares | A | Dividend | K | T | | | | | |
| 21. --Vanguard Long-TermTreasury Fund Investor Shares | A | Dividend | J | T | | | | | |
| 22. --Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 23. --Vanguard PRIMECAP Fund Admiral Shares | A | Dividend | L | T | | | | | |
| 24. --Vanguard Target Retirement 2025 Fund | A | Dividend | J | T | | | | | |
| 25. IRA#4 | | | | | | | | | |
| 26. --Vanguard Treasury Money Market Fund | A | Dividend | J | T | | | | | |
| 27. --Vanguard --Inflation-Protected Securities Fund Investor Shares | A | Dividend | J | T | | | | | |
| 28. --Vanguard LifeStrategy Growth Fund | A | Dividend | K | T | | | | | |
| 29. --Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 30. IRA#5 | | | | | | | | | |
| 31. --FIFTH THIRD BANCORP | A | Dividend | J | T | | | | | |
| 32. --Invesco Value Opportunities Fund Class A | A | Dividend | J | T | | | | | |
| 33. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 34. Vanguard 500 Index Fund Investor Shares | A | Dividend | | | Sold | 07/28/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Litkovitz, Karen L. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Legal Aid Society Money Purchase Pension Plan | D | Dividend | L | T | | | | | |
| 36. Fidelity 500 INDEX Premium Class Fund* | C | Dividend | M | T | | | | | |
| 37. Fidelity Equity Income II (IRA#1) | A | Dividend | J | T | | | | | |
| 38. Fidelity Equity Income II (IRA#2) | A | Dividend | J | T | | | | | |
| 39. Vanguard Moderate Age-Based Option | A | Dividend | J | T | | | | | |
| 40. Vanguard Prime Mondey Market Option (529 Plan #1) | A | Dividend | J | T | | | | | |
| 41. T RowePrice MM Real Estate Fund | B | Dividend | L | T | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Litkovitz, Karen L. | 05/01/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. No. 34--Education Savings Account (Vanguard 500 Index Fund) sold on July 28, 2017. Balance is zero.

Part VII. No. 36--Fidelity 500 Index Premium Class Fund was formerly known as Spartan 500 Index Fund and appeared on previous reports as Spartan 500.

| Name of Person Reporting | Date of Report |
|---|---|
| Litkovitz, Karen L. | 05/01/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen L. Litkovitz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544